DORSEY
DORSEY • WHITNEY LLP

**CAITLIN L.D. HULL**
**Partner**
**(612) 340-2600**
**FAX (612) 340-8800**
**hull.caitlin@dorsey.com**

September 14, 2026

**VIA CM/ECF**

Ms. Susan E. Bindler
Clerk of Court
Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

**Re:** ***Women's Life Care Center v. Keith Ellison, et al.*, Eighth Circuit Court File No. 25-2905**

Dear Ms. Bindler:

I respectfully submit this letter response to the Court's request that the counsel for the parties provide their availability for oral argument in the above-captioned matter. Upon review of the Court's argument calendar, counsel for Appellees Planned Parenthood Minnesota, North Dakota, South Dakota (PPMNS), Planned Parenthood North Central States (PPNCS), and Sarah A. Traxler, MD is unavailable and has conflicts on the following dates:

- October 19, 2026;
- October 20, 2026;
- October 21, 2026; and
- November 16, 2026.

As such, counsel for Appellees respectfully request that the argument scheduled in the above-captioned matter avoid these dates. Thank you for your consideration.

Very truly yours,

*/s/ Caitlin L.D. Hull*

Caitlin L.D. Hull

*cc:* Counsel of record